UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

THOMAS FRANKLIN HAMMITT,

Plaintiff,

v.

JEFF LEIKAUF,

Defendant.

Case No. 2:24-cv-2863-JDP (P)

ORDER

On October 8, 2026, defendant Leikauf, through his counsel, filed a request to dismiss this case. ECF No. 25. Therein, he states that plaintiff has already settled the claims at issue in this case. *Id.* at 1. Included among the supporting documents is a signed statement from plaintiff attesting to the settlement of claims and requesting that this action be dismissed with prejudice. *Id.* at 4.

Accordingly, it is ORDERED that:

1. Defendant's request to dismiss, ECF No. 25, is GRANTED and this action is DISMISSED with prejudice.

2. The Clerk of Court is directed to close this case.

IT IS SO ORDERED.

Dated: October 13, 2026

JEREMY D. PETERSON
UNITED STATES MAGISTRATE JUDGE